IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-135-D

KESHA TWANDA KNIGHT,
ZACHARY JAMAL HARRIS, and
REGINALD KESEON YELVERTON,

        Plaintiffs,

v.

WILSON TIMES,
MORGAN DICKERMAN,
and TIM HAYWOOD,

        Defendants.

**ORDER**

On April 2, 2014, defendants filed a motion to dismiss the claims of Zachary Jamal Harris and Reginald Keseon Yelverton for failure to prosecute and for failure to comply with the Federal Rules of Civil Procedure [D.E. 21].

Plaintiffs Harris and Yelverton are appearing pro se. Plaintiffs did not respond to the motion to dismiss. On May 6, 2014, the court ordered plaintiffs Harris and Yelverton to file a response to the motion to dismiss not later than May 28, 2014. See [D.E. 25]. The order stated that if plaintiffs Harris and Yelverton fail to respond to the motion to dismiss, the court will dismiss their claims with prejudice. Id.

To date, plaintiffs Harris and Yelverton have not responded to the motion to dismiss or filed anything in response to the court's May 6, 2014 order. The motion to dismiss [D.E. 21] is GRANTED. Plaintiffs Harris and Yelverton's claims are DISMISSED with prejudice. Accordingly, the sole remaining plaintiff is Kesha Twanda Knight. The sole remaining defendant is Wilson Times. See [D.E. 26].

SO ORDERED. This **4** day of June 2014.

                                      JAMES C. DEVER III
                                      Chief United States District Judge